# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Altony Brooks, | ) | C/A: 9:15-2677-JFA-BM |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| Lieutenant Johnson; Captain Jackelman; Officer Fludd; and Berkeley County Sheriff's Office, | ) ) ) ) | |
| Defendants. | ) ) | |

The court hereby appoints Columbia Attorney J. Christopher Mills to represent the plaintiff at the trial of this case. Discovery may not be reopened. The court will schedule the trial after Mr. Mills has had an opportunity to acquaint himself with the file. The case will be tried to a jury in the Columbia division.

To this end, Mr. Mills is respectfully requested to notify the court as to when he will be prepared for trial (which in no case shall be later than the November/December 2019 term of court).

IT IS SO ORDERED.

July 17, 2019
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge